**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1417**

YUHUA LIU,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  December 3, 2013      Decided:  January 6, 2014

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas V. Massucci, LAW OFFICE OF THOMAS V. MASSUCCI, New York, New York, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Cindy S. Ferrier, Assistant Director, Sunah Lee, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuhua Liu, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her requests for asylum, withholding of removal and withholding under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Liu's merits hearing, the summary of the interview prepared after she was apprehended in the United States, and her supporting evidence. We conclude that the record evidence does not compel a ruling contrary to the Board's dismissal and that substantial evidence supports the adverse credibility finding. See 8 U.S.C. § 1252(b)(4)(B) (2012); INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2